**SEALED**

FILED
Feb 25, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JATINDERJEET KAUR SIHOTA (aka, "JYOTI SIHOTA" and "JYOTI SIHOTA DHAMI")<br><br>Defendants. | CASE NO.<br><br>1:21-cr-00053-NONE-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 12, 2020 charging the above defendant with violations of 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 – Mail Fraud; 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(C) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the

Motion to Seal Indictment 1

1  warrants.

3  DATED: February 25, 2021    Respectfully submitted,

   McGREGOR W. SCOTT
   United States Attorney

   By    /s/ JOSEPH BARTON
         JOSEPH BARTON
         Assistant U.S. Attorney

9        IT IS SO ORDERED.

10 Dated:  February 25, 2021
                                    _____
                                    Stanley A. Boone
                                    U.S. Magistrate Judge