PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>JATINDERIEET KAUR SIHOTA, aka Jyoti Sihota, Jyoti Sihota Dhami,<br><br>                  Defendant. | CASE NO.  1:21-CR-00053-NONE-SKO<br><br>UNITED STATES' MOTION TO UNSEAL; AND ORDER |

**MOTION TO UNSEAL**

The United States hereby moves this Court to unseal the Indictment, Arrest Warrant, Search Warrants, and other court filings in the above-referenced case.  The defendant was arrested on March 10, 2021, in Fresno, California and will make her initial appearance shortly.  Therefore, the court filings must be unsealed to advise the defendant in open court of the charges against her.

Dated:  March 10, 2021                                                        PHILLIP A. TALBERT
                                                                                               Acting United States Attorney


                                                                      By:  */s/ Joseph Barton*
                                                                            JOSEPH BARTON
                                                                            Assistant United States Attorney

1

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00053-NONE-SKO |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL; AND ORDER |
| v. | |
| JATINDERIEET KAUR SIHOTA, aka Jyoti Sihota, Jyoti Sihota Dhami, | |
| Defendant. | |

**ORDER**

Good cause appearing due to the defendant's pending initial appearance in the above-referenced case, it is hereby ordered that the Indictment, Arrest Warrant, Search Warrant, and related court filings in the case be unsealed.

IT IS SO ORDERED.

Dated:   **March 10, 2021**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2