1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| 12 | UNITED STATES OF AMERICA | Case No. 1:21-cr-00053-NONE-SKO |
|---|---|---|
| 13 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| 14 | | |
| 15 | v. | |
| 16 | JATINDERJEET KAUR SIHOTA, aka Jyoti Sihota, Jyoti Sihota Dhami, | DATE: May 5, 2021 |
| 17 | Defendant. | TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

18

19    IT IS HEREBY STIPULATED by and between the parties through their respective

20 counsel that the Status Conference scheduled for May 5, 2021 at 1:00 p.m., may be continued

21 until June 30, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has

22 produced discovery to defense counsel. Defense counsel has further investigation to perform in

23 this case. The parties agree that time under the Speedy Trial Act shall be excluded through June

24 30, 2021, in the interests of justice, including but not limited to, the need for effective defense

25 preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

26 3161(h)(7)(B)(i) and (iv).

27 ///

28 ///

///

///

The parties will further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  April 28, 2021              /s/ Roger Nuttall
                                                  ROGER NUTTALL
                                                  Counsel for Defendant Jatinderjeet Sihota

Dated:  April  28, 2021              /s/ Joseph Barton
                                                  JOSEPH BARTON
                                                  Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JATINDERIEET KAUR SIHOTA, aka Jyoti Sihota, Jyoti Sihota Dhami,<br><br>Defendant. | Case No. 1:21-cr-00053-NONE-SKO<br><br>ORDER |

**<u>ORDER</u>**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for May 5, 2021 at 1:00 p.m. is continued until June 30, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through June 30, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

DATED: 4/29/2021           /s/ SHEILA K. OBERTO
                                         HONORABLE SHEILA K. OBERTO
                                         UNITED STATES MAGISTRATE JUDGE