PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JATINDERJEET KAUR SIHOTA, aka Jyoti Sihota, Jyoti Sihota Dhami,<br><br>Defendant. | Case No. 1:21-cr-00053-NONE-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE:    May 4, 2022<br><br>TIME:     1:00 p.m.<br>JUDGE:   Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel that the Status Conference scheduled for May 4, 2022, may be continued until August

17, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The government has produced

discovery to defense counsel.  Defense counsel has further investigation to perform in this case.

The parties agree that time under the Speedy Trial Act shall be excluded through August 17,

2022, in the interests of justice, including but not limited to, the need for effective defense

preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  April 26, 2022

/s/ Roger Nuttall
ROGER NUTTALL
Counsel for Defendant Jatinderjeet Sihota

Dated:  April 26, 2022

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA          Case No. 1:21-cr-00053-NONE-SKO

         Plaintiff,                  ORDER
12
         v.
13
   JATINDERIEET KAUR SIHOTA, aka Jyoti
14 Sihota, Jyoti Sihota Dhami,

15       Defendant.

16

17                              **ORDER**

18         Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled

19 for May 4, 2022, is continued until August 17, 2022, at 1:00 p.m., before the Honorable Sheila

20 K. Oberto.  The period through August 17, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§

21 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

22         IT IS SO ORDERED.

23

24

25 DATED: 4/26/2022

26                                   _Sheila K. Oberto_
                                     _____
27                                   HONORABLE SHEILA K. OBERTO
                                     UNITED STATES MAGISTRATE JUDGE
28