1    PHILLIP A. TALBERT
     United States Attorney
2    JOSEPH D. BARTON
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone: (559) 497-4000
     Facsimile:  (559) 497-4099
5

6    Attorneys for Plaintiff
     United States of America
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00053-NONE-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| JATINDERJEET KAUR SIHOTA, aka Jyoti Sihota, Jyoti Sihota Dhami, | DATE:     October 5, 2022 |
| Defendant. | TIME:      1:00 p.m.<br>JUDGE:    Hon. Sheila K. Oberto |

19        IT IS HEREBY STIPULATED by and between the parties through their respective

20   counsel that the Status Conference scheduled for October 5, 2022, may be continued until

21   December 7, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The government has

22   produced discovery to defense counsel.  Defense counsel has been unavailable for several

23   months due to health concerns, the defendant wants to continue being represented by defense

24   counsel, and defense counsel has further investigation to perform in this case.  The parties agree

25   that time under the Speedy Trial Act shall be excluded through December 7, 2022, in the

26   interests of justice, including but not limited to, the need for effective defense preparation and

27   defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

28

1    The parties also agree that the ends of justice served by taking this action outweigh the best

2    interests of the public and of the Defendant to a speedy trial.

3

4    Dated:  September 26, 2022                    /s/ Roger Nuttall
                                                    ROGER NUTTALL
5                                                   Counsel for Jatinderjeet Sihota

6

7    Dated:  September 26, 2022                    /s/ Joseph Barton
                                                    JOSEPH BARTON
8                                                   Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   PHILLIP A. TALBERT
    United States Attorney
2   JOSEPH D. BARTON
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:   (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA          Case No. 1:21-cr-00053-NONE-SKO

13           Plaintiff,               ORDER

14      v.

15  JATINDERIEET KAUR SIHOTA, aka Jyoti
    Sihota, Jyoti Sihota Dhami,
16
             Defendant.
17

18                            **<u>ORDER</u>**

19          Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled

20  for October 5, 2022, is continued until December 7, 2022, at 1:00 p.m., before the Honorable

21  Sheila K. Oberto.  The period through December 7, 2022, inclusive, is excluded pursuant to 18

22  U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

23          IT IS SO ORDERED.

24
                                    *Sheila K. Oberto*
25  Dated: 9/27/2022                _____
                                    HONORABLE SHEILA K. OBERTO
26                                  UNITED STATES MAGISTRATE JUDGE

27

28