PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. JATINDERJEET KAUR SIHOTA, aka Jyoti Sihota, Jyoti Sihota Dhami, Defendant. | Case No. 1:21-cr-00053-NONE-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE:   December 7, 2022<br>TIME:   1:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for December 7, 2022, may be continued until March 1, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery in this case. The defendant's prior defense counsel was unavailable for several months and recently retired due to health concerns. The defendant subsequently retained the undersigned, new defense counsel who requires time to review the discovery and get up to speed on the case. Therefore, the parties agree that time under the Speedy Trial Act shall be excluded through March 1, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated: November 29, 2022         /s/ John Phillips
                                 JOHN PHILLIPS
                                 Counsel for Jatinderjeet Sihota

Dated: November 29, 2022         /s/ Joseph Barton
                                 JOSEPH BARTON
                                 Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JATINDERIEET KAUR SIHOTA, aka Jyoti Sihota, Jyoti Sihota Dhami,<br><br>Defendant. | Case No. 1:21-cr-00053-NONE-SKO<br><br>ORDER |

**<u>ORDER</u>**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for December 7, 2022, is continued until March 1, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through March 1, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 11/30/2022

                                              *Sheila K. Oberto*
                                   HONORABLE SHEILA K. OBERTO
                                   UNITED STATES MAGISTRATE JUDGE