1  DANIEL BACON, CA Bar #65099
2445 Capitol Street
2  Suite 160A
Fresno, CA 93721
3  Telephone:  (559) 233-4333

4  Marc Days, CA Bar #184098
Days Law Firm
5  1107 T Street
Fresno, California 93721
6  Telephone: (559) 708-4844

7  Attorneys for Defendant,
JATINDERJEET SIHOTA
8

9
IN THE UNITED STATES DISTRICT COURT
10
FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JATINDERJEET SIHOTA<br><br>Defendant. | Case No.:  1:21-CR-00053 JLT-SKO<br><br>STIPULATION REGARDING TRIAL SETTING, EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT, AND VACATING STATUS CONFERENCE; ORDER<br><br>Date:   September 6, 2023<br>Time:  1:00 p.m.<br>Court:  Hon. Sheila K. Oberto |

Defendant, by and through defendant's counsel of record, and Plaintiff United States of America, hereby stipulate as follows:

1.  By previous order, this matter was set for status on September 6, 2023.

2.  By this stipulation, defendant and government now move to set the matter for jury trial on October 22, 2024, to exclude time between September 6, 2023, and October 22, 2024, under Local Code T4, and to vacate the status conference set for September 6, 2023.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  Counsel for defendant desires additional time to review discovery, conduct investigation, and engage in plea negotiations.

    b.  Counsel for defendant believes that failure to grand the above-requested

1  continuance would deny him/her the reasonable time necessary for effective preparation, taking

2  into account the exercise of due diligence.

3          c.  The government agrees with the continuance request and does not object to

4  the continuance.

5          d.  Based on the above-stated findings, the ends of justice served by continuing

6  the case as requested outweigh the interest of the public and the defendant in a trial within the

7  original date prescribed by the Speedy Trial Act.

8          e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

9  3161, et seq., within which trial must commence, the time period of September 6, 2023, to

10  October 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv)

11  [Local Code T4] because it results from a continuance granted by the Court at defendant's

12  request on the basis of the Court's finding that the ends of justice served by taking such action

13  outweigh the best interest of the public and the defendant in a speedy trial.

14      4.  Nothing in this stipulation and order shall preclude a finding that other provisions of

15  the Speedy Trial Act dictate that additional time periods are excludable from the period within

16  which a trial must commence.

17      IT IS SO STIPULATED

18                            Respectfully submitted,

19                            PHILLIP A. TALBERT

20                            United States Attorney

21  Dated:  August 25, 2023          /s/ *Joseph Barton*

22                            JOSEPH BARTON
                          Assistant United States Attorney
                          Attorney for Plaintiff

23

24  Dated:  August 25, 2023          /s/ *Daniel Bacon*

25                            DANIEL BACON
                          Attorney for Defendant

26                            JATINDERJEET SIHOTA

27  ///
///

28  ///

1

Dated:  August 25, 2023

2

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
JATINDERJEET SIHOTA

3

4

5

**ORDER**

6

IT IS SO ORDERED.

7

8

Dated:  8/25/2023

*Sheila K. Oberto*

9

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28