PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JATINDERJEET KAUR SIHOTA, aka Jyoti Sihota and Jyoti Sihota Dhami, <br><br> Defendant. | Case No. 1:21-cr-00053-JLT-SKO <br><br> STIPULATION TO VACATE TRIAL DATE AND SCHEDULE A CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED between the parties that the trial scheduled to start on October 22, 2024, may be vacated and that a change of plea hearing may be scheduled for October 28, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act has already been excluded through October 22, 2024.

Out of an abundance, the parties request that the Court further exclude time under the Speedy Trial Act from August 30, 2024, through October 28, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. §

3161(h)(7)(A) and (h)(7)(B)(iv). The parties plan to file a plea agreement with the Court prior to the change of plea hearing.

Dated: August 30, 2024

 */s/ Daniel Bacon*
 DANIEL BACON
 MARC DAYS
 Counsel for Jyoti Sihota

Dated: August 30, 2024

 */s/ Joseph Barton*
 JOSEPH BARTON
 Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00053-JLT-SKO |
|---|---|
| Plaintiff, | ORDER TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING |
| v. | |
| JATINDERJEET KAUR SIHOTA, aka Jyoti Sihota and Jyoti Sihota Dhami, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the trial that is scheduled to start on October 22, 2024, is vacated and a change of plea hearing is scheduled for October 28, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act has already been excluded through October 22, 2024.

///

///

///

The Court further excludes time under the Speedy Trial Act from August 30, 2024, through October 28, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

**<u>The signed plea agreement SHALL be filed, if at all, no later than October 21, 2024.</u>**

IT IS SO ORDERED.

Dated:   **August 30, 2024**                                           /s/ Jennifer L. Thurston
                                                                                    UNITED STATES DISTRICT JUDGE