PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00053-JLT-SKO |
|---|---|
| Plaintiff, | ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| JATINDERJEET KAUR SIHOTA, aka Jyoti Sihota and Jyoti Sihota Dhami, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the change of plea hearing that is scheduled for October 28, 2024, is continued until November 4, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act has already been excluded through October 28, 2024.

///

///

///

The Court further excludes time under the Speedy Trial Act from October 28, 2024, through November 4, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  October 23, 2024

HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE