DANIEL A. BACON 065099
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for JATINDERJEET SIHOTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JATINDERJEET SIHOTA,<br><br>                Defendant, | Case No. 1:21-cr-00053-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING, AND ORDER THEREON |

    IT IS HEREBY STIPULATED by and between the parties, defendant Jatinderjeet Sihota through her attorneys, Daniel A. Bacon and Marc J. Days, and plaintiff United States of America, through Assistant U.S. Attorney Joseph Barton, that the sentencing hearing scheduled before Hon. Jennifer L. Thurston for March 3, 2025 at 9:00 AM be continued to April 28, 2025 at 9:00 AM.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), and availability of counsel.

    The proposed dates have been agreed to by United States Probation Officer Megan Pascual.

Dated: November 18, 2024.               PHILLIP A. TALBERT, United States Attorney

                                                      /s/ Joseph Barton
                                                      JOSEPH BARTON, Attorney for Plaintiff

Dated:  November 18, 2024.

                                      /s/ Daniel A. Bacon
                                      DANIEL A. BACON
                                      Attorney for Defendant Jatinderjeet Sihota

Dated:  November 18, 2024.

                                      /s/ Marc J. Days
                                      MARC J. DAYS
                                      Attorney for Defendant Jatinderjeet Sihota

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor, the sentencing hearing is CONTINUED to April 28, 2025 at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 19, 2024

                                      UNITED STATES DISTRICT JUDGE