```
DANIEL A. BACON 065099
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

MARC J. DAYS 184098
Attorney at Law
1125 "T" Street
Fresno, California 93721
Telephone: (559) 475-8185
```

Attorneys for JATINDERJEET SIHOTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>                          Plaintiff,   )<br>                                                            )<br>             vs.                                      )<br>                                                            )<br>JATINDERJEET SIHOTA,                )<br>                                                            )<br>                          Defendant,  )<br>_____ ) | Case No. 1:21-cr-00053-JLT-SKO<br><br>STIPULATION TO AMEND<br>CONDITIONS OF RELEASE AND<br>ORDER THEREON |

      IT IS HEREBY STIPULATED by and between the parties, namely defendant Jatinderjeet Sihota through her attorney of record, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney Joseph Barton, that the Order Setting Conditions of Release entered in the record on March 11, 2021 as Docket Entry 11 be amended as follows:

      7(a) The U.S. District Court Clerk is ordered to release forthwith to the defendant her U.S. Passport, received by the Clerk of this court on March 12, 2021 as Docket Entry 7, and the defendant is ordered to return it to the Clerk upon her return from the United Kingdom on or before Friday, March 28, 2025.

      7(b) This condition shall be amended to add: "The defendant will be allowed to travel to

the United Kingdom from March 12, 2025 until March 24, 2025.

    7(c) This condition shall be amended to add: "The defendant will be allowed to travel to the United Kingdom from March 12, 2025 until March 24, 2025 upon the posting of an additional $500,000 Note and Deed of Trust securing the defendant's return and appearance in this court."

    Defendant Jatinderjeet Sihota understands her intentional failure to appear for sentencing may subject her to prosecution under 18 USC 1346 and a consecutive prison sentence.

Dated:  February 13, 2025.          PHILLIP A. TALBERT, United States Attorney

/s/ Joseph Barton
JOSEPH BARTON, Attorney for Plaintiff

Dated:  February 13, 2025.

/s/ Daniel A. Bacon
DANIEL A. BACON
Attorney for Defendant Jatinderjeet Sihota

Dated:  February 13, 2025.

/s/ Jatinderjeet Sihota
JATINDERJEET SIHOTA
Defendant

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the Order Setting Conditions of Release entered in the record on March 11, 2021 as Docket Entry 11, as modified by Docket Entry 17, be amended as follows:

7(a) The U.S. District Court Clerk is ordered to release forthwith to the defendant her U.S. Passport, received by the Clerk of this court on March 12, 2021 as Docket Entry 7, and the defendant is ordered to return it to the Clerk upon her return from the United Kingdom on or before Friday, March 28, 2025.

7(b) This condition shall be amended to add: "The defendant will be allowed to travel to the United Kingdom from March 12, 2025 until March 24, 2025.

7(c) This condition shall be amended to add: "The defendant will be allowed to travel to the United Kingdom from March 12, 2025 until March 24, 2025 upon the posting of an additional $500,000 Note and Deed of Trust securing the defendant's return and appearance in this court."

IT IS SO ORDERED.

Dated:   **February 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge