# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00053-JLT-SKO |
| Plaintiff, | ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY |
| v. | |
| JATINDERJEET KAUR SIHOTA, | **FOURTEEN DAY DEADLINE** |
| Defendant. | |

A detention hearing as to Defendant Jatinderjeet Kaur Sihota was held on March 12, 2021.  (ECF No. 9.)  Defendant was ordered released with conditions, including the surrender of her passports and a $75,000 cash bond.  (ECF No. 17.)  On March 30, 2021, Manjit Kaur posted a cash bond in the amount of $75,000 (Receipt # CAE100047998).  (ECF No. 18.)  Defendant and the surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (ECF No. 16 at 2.)

On November 4, 2024, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement.  (ECF Nos. 63, 71.)  On April 28, 2025, Defendant was sentenced to a custodial term of 12 months and one day and was ordered to self-surrender.  (ECF Nos. 92, 93.) Defendant has reported to serve her sentence.[1]

---

[1] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

1

Given Defendant has reported to serve her sentence, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $75,000 appearance bond should not be exonerated and released to the surety. If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court exonerating the bond and directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated:  **August 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge