# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00053-JLT-SKO |
|---|---|
| Plaintiff, | ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY BOND SECURED BY REAL PROPERTY TO SURETY |
| v. | |
| JATINDERJEET KAUR SIHOTA, | |
| Defendant. | |

As relevant here, on March 12, 2021, a detention hearing was held as to Defendant Jatinderjeet Kaur Sihota ("Defendant"). (ECF No. 11.)  Defendant was ordered released with conditions, including a $500,000 property bond. (ECF No. 79.)  On February 24, 2025, Manjit Kaur posted bond on behalf of Defendant by way of a real property bond secured by a lien against real property. (ECF Nos. 80, 82.)  The lien was recorded against the real property identified as Assessor's Parcel Number (APN):  57-240-017, located in Sutter County, California as security for Defendant's appearance. (Id.)

On November 4, 2024, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 63, 71.)  On April 28, 2025, Defendant was sentenced to a custodial term of 12 months and 1 day and was ordered to self-surrender. (ECF Nos. 92, 93.)  Defendant reported to serve her sentence.

In light of Defendant having made all appearances and her case having been concluded, the parties filed a joint stipulation to return the collateral posted by Surety Manjit Kaur. (ECF

No. 98.)  The Court finds that Defendant has complied with the conditions of her bond and that no conditions remain to be satisfied.

Accordingly, IT IS HEREBY ORDERED that the $500,000 appearance bond secured by real property, posted by Surety Manjit Kaur on behalf of Jatinderjeet Kaur Sihota is exonerated. Fed. R. Crim. P. 46(g).  The real property bond is discharged and any and all obligations of the surety and/or property owner are terminated.  The lien recorded against the real property located in Sutter County, identified as APN: 57-240-017, instrument No. 2025-0001580, by Trustor Manjit Kaur securing said bond, is hereby released, extinguished and of no further force or effect.

The Clerk of the Court is authorized and DIRECTED to issue the Full Reconveyance in the proper format and any other documents necessary to effectuate the release of said lien recorded as instrument No. 2025-0001580, located in Sutter County, California.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge